```
1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716
```




FILED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE SEARCH OF                ) No. 2:07-sw-00167 GGH
224 WINDROSE COURT             )
CHICO, CALIFORNIA              ) **APPLICATION TO UNSEAL SEARCH WARRANT**
                               ) **AND [proposed] ORDER**
                               )
                               )
                               )
_____)

On June 1, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, a federal grand jury issued an indictment in this case, number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                                   Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Ellen V. Endrizzi
                                   ELLEN V. ENDRIZZI
                                   Assistant U.S. Attorney

1

# O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00167 GGH, is GRANTED.

DATED: June 20, 2007

_GREGORY G. HOLLOWS_
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge